### 63118. SHARPE'S APPLIANCE STORE, INC. v. ANDERSON.

SOGNIER, Judge.

Appellant Sharpe seeks review of a denial of its motion for summary judgment. However, appellant failed to follow the proper interlocutory review procedures in accordance with Code Ann. § 6-701 (a) (2) and § 81A-156 (h). Denial of summary judgment is not reviewable by the appellate courts in the absence of a timely certificate of immediate review and the granting of an interlocutory appeal by the appellate court unless there is a final judgment in the case and the cause is no longer pending in the lower court. *U.S.I.F. Atlanta Corp. v. Paul,* 138 Ga. App. 625 (227 SE2d 90) (1976).

*Appeal dismissed. Shulman, P. J., and Birdsong, J., concur.*

DECIDED JANUARY 28, 1982.

*Douglas R. Daum,* for appellant.
*Deborah Segal, David A. Webster,* for appellee.